UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   5:26-cv-00004-SSS-BFM                    **Date:**   February 12, 2026

**Title:**   *Partap Bajwa v. David A. Marin*

================================================================

Present:   The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:    (In Chambers) Order to Show Cause Regarding Jurisdiction**

Respondent moved to dismiss this matter for lack of jurisdiction, contending that Petitioner is detained in Mesa Verde Detention Center in Bakersfield, California, which is within the territorial jurisdiction of the Eastern District of California. (ECF 8.) The Court also notes that Plaintiff filed a habeas petition in the Eastern District of California. *See Bajwa v. Warden, Mesa Verde ICE Processing Center,* Case No. 1:26-cv-00936-DJC-JDP (E.D. Cal.). In that case, Judge Daniel J. Calabretta issued an order and judgment granting Petitioner's petition, ordering Petitioner's release, and enjoining Respondent from re-arresting or re-detaining Petitioner absent compliance with constitutional protections. *Bajwa v. Warden, Mesa Verde ICE Processing Center,* Case No. 1:26-cv-00936-DJC-JDP (E.D. Cal.), ECF No. 12 (February 10, 2026 order).

Accordingly, **no later than February 26, 2026**, Plaintiff is **ordered to show cause,** i.e. explain in writing, why this case should not be dismissed for lack of jurisdiction and/or mootness. Plaintiff may also file a stipulated

Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   5:26-cv-00004-SSS-BFM                **Date:**   February 12, 2026

**Title:**   *Partap Bajwa v. David A. Marin*

===============================================================

dismissal (or application for voluntarily dismissal) of this case, which will be treated as compliance with this Order to Show Cause.

**IT IS SO ORDERED**.

cc:    Counsel of Record

Initials of Preparer:    ch