# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

PARTAP BAJWA,

        Petitioner,

    v.

DAVID A. MARIN,

        Respondent.

No. 5:26-cv-00004-SSS-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections have been filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. Judgment shall be entered dismissing this action without prejudice for failure to prosecute and to follow court orders.

DATED:  March 31, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE