JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

PARTAP BAJWA,

        Petitioner,

    v.

DAVID A. MARIN,

        Respondent.

No. 5:26-cv-00004-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice for failure to prosecute and to follow court orders. The Clerk of Court is directed to close this case.

DATED: March 31, 2026

_____

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE